° 0 7 ‑ 8 4 8 ‑

*FORM TO BE USED BY A PRISONER FILING AN*
*APPLICATION TO PROCEED IN FORMA PAUPERIS*
*IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION*
*IN THE UNITED STATES DISTRICT COURT*
*FOR THE \*\*\*\*\*\*\*\*DISTRICT OF* **DELAWARE**

*I. CAPTION*

### GBEKE MICHAEL AWALA
_____

· *[Enter the full name of plaintiff or*
*plaintiffs)*

**Civ No.:**

v.     ,

### 11TH CIRCUIT ROSEMARY BARKETT, et al.
_____

_____

*[Enter the full name of defendant or*
*defendants)*

**Instructions:**

**FILED**

DEC 26 2007

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

QP scanned

*The caption of this application should be identical to the caption of the complaint. A*
*separate application must be completed by each plaintiff listed in the caption. Show your*
*full name in the first line of the declaration below. Provide all information requested.*

*II. DECLARATION*

*I, (your name)* __**GBEKE M. AWALA**__ *, declare that I am the plaintiff in*
*the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed*
*in forma pauperis pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full*
*fee to file this action or give security therefor. I understand that the granting of in forma*
*pauperis status does not waive payment of the full filing fee.*

*In further support of this application, I provide the following information:*

*1. Do you presently have prison employment?*     yes ( ) no ( )✓

*2. If you are not employed do you have other income?*     yes ( ) no ( )✓

*3. If "yes" to either of above, state source of monthly income and amount.*

   source _____ amount _____

*4. If "no," state date and place of last employment and amount of monthly*     income.

   date and place _____ amount _____

*5. Do you have money in a prison account? yes ( ) no ( )✓ amount _____*
*6. Do you have money in a bank account?  yes ( ) no ( )✓ amount _____*

*7. Do you own or have an interest in valuable property such as an automobile*
*real estate, stocks, or bonds?     yes ( ) no ( )*

   *If "yes," describe property _____ value _____*

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_____

9. State whether you have received within the past 12 months any money from any of the following sources:

a. Business, profession or other form of self-employment yes ( ) no ✓

b. Rent payments, interest or dividends            yes ( ) no ✓

c. Pensions, annuities or life insurance payments        yes ( ) no ✓

d. Gifts or inheritances                yes ( ) no ( )

e. Any other sources                yes ( ) no ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

_____

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_____        12/28/07
SIGNATURE OF PLAINTIFF                DATE

### IV. CERTIFICATION

*Instructions:*

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund** account balances; and 2) a certified copy of your **inmate trust fund** account statement showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _____, and that the average monthly deposits during the during the last six months were $ _____.

_____        1-2-22-07
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL        DATE

Page 2

## Inmate Statement    🖶 PRINT

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 82074054 | | Current Institution: | Canaan USP |
| Inmate Name: | AWALA, GBEKE | | Housing Unit: | CAA-F-B |
| Report Date: | 12/06/2007 | | Living Quarters: | E03-109L |
| Report Time: | 10:13:58 AM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 12/1/2007 12:10:38 AM | GCAAD064 - 190 | | | Debt Encumbrance - Released | | $15.00 | -------- |
| CAA | 12/1/2007 12:10:38 AM | HCAAD003 - 191 | | | Debt Encumbrance - Released | | $15.00 | -------- |
| CAA | 12/1/2007 12:10:38 AM | HCAAD003 | 401 | | PLRA Payment | ($6.60) | | $25.00 |
| CAA | 12/1/2007 12:10:38 AM | GCAAD064 | 402 | | PLRA Payment | ($15.00) | | $10.00 |
| CAA | 11/29/2007 5:26:28 PM | 60 | | | Sales | ($42.05) | | $31.60 |
| CAA | 11/27/2007 11:27:55 AM | HICP1107 | | | Inmate Co-pay | ($2.00) | | $73.65 |
| CAA | 11/25/2007 5:13:30 AM | 70196302 | | | Lockbox - CD | $75.00 | | $75.65 |
| CAA | 11/25/2007 5:13:30 AM | GCAAD064 - 190 | | | Debt Encumbrance | | ($15.00) | -------- |
| CAA | 11/25/2007 5:13:30 AM | HCAAD003 - 191 | | | Debt Encumbrance | | ($15.00) | -------- |
| CAA | 11/1/2007 5:48:05 PM | 66 | | | Sales | ($124.65) | | $0.65 |
| CAA | 11/1/2007 12:10:44 AM | GCAAD064 - 118 | | | Debt Encumbrance - Released | | $40.00 | -------- |
| CAA | 11/1/2007 12:10:44 AM | HCAAD003 - 119 | | | Debt Encumbrance - Released | | $40.00 | -------- |
| CAA | 11/1/2007 12:10:44 AM | HCAAD003 - 79 | | | Debt Encumbrance - Released | | $20.00 | -------- |
| CAA | 11/1/2007 12:10:44 AM | GCAAD064 - 78 | | | Debt Encumbrance - Released | | $20.00 | -------- |
| CAA | 11/1/2007 12:10:44 AM | HCAAD003 | 216 | | PLRA Payment | ($60.00) | | $185.30 |
| CAA | 11/1/2007 12:10:44 AM | GCAAD064 | 217 | | PLRA Payment | ($60.00) | | $125.30 |
| CAA | 10/30/2007 2:09:31 PM | 33302208 | | | Western Union | $200.00 | | $245.30 |
| CAA | 10/30/2007 2:09:31 PM | GCAAD064 - 118 | | | Debt Encumbrance | | ($40.00) | -------- |
| CAA | 10/30/2007 2:09:31 PM | HCAAD003 - 119 | | | Debt Encumbrance | | ($40.00) | -------- |
| CAA | 10/30/2007 11:48:21 AM | HITS2CNV | | | Phone Rev With Rel | $5.00 | | $45.30 |
| CAA | 10/18/2007 2:54:06 PM | 40 | | | Sales | ($45.50) | | $40.30 |
| CAA | 10/14/2007 12:10:27 AM | HCAAD003 - 77 | | | Debt Encumbrance - Released | | $14.20 | -------- |
| CAA | 10/14/2007 12:10:27 AM | HCAAD003 - 73 | | | Debt Encumbrance - Released | | $0.80 | -------- |
| CAA | 10/14/2007 12:10:27 AM | HCAAD003 | 130 | | Initial PLRA Pymt | ($15.00) | | $85.80 |
| CAA | 10/13/2007 11:07:25 AM | 33301008 | | | Western Union | $100.00 | | $100.80 |
| CAA | 10/13/2007 11:07:25 AM | HCAAD003 - 77 | | | Debt Encumbrance | | ($14.20) | -------- |
| CAA | 10/13/2007 11:07:25 AM | HCAAD003 - 79 | | | Debt Encumbrance | | ($20.00) | -------- |
| CAA | 10/13/2007 11:07:25 AM | GCAAD064 - 78 | | | Debt Encumbrance | | ($20.00) | -------- |
| CAA | 10/11/2007 8:23:01 AM | HCAAD003 - 73 | | | Debt Encumbrance | | ($0.80) | -------- |
| CAA | 9/5/2007 5:12:25 PM | 46 | | | Sales | ($9.20) | | $0.80 |
| CAA | 9/1/2007 12:10:41 AM | GCAAD064 - 1106 | | | Debt Encumbrance - Released | | $30.00 | -------- |
| CAA | 9/1/2007 12:10:41 AM | GCAAD064 | 2142 | | PLRA Payment | ($20.79) | | $10.00 |
| CAA | 8/22/2007 5:34:15 PM | 56 | | | Sales | ($107.20) | | $30.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAA | 8/21/2007 12:10:26 AM | GCAAD064 - 1105 | | Debt Encumbrance - Released | | $12.01 | -------- |
| CAA | 8/21/2007 12:10:26 AM | GCAAD064 - 1087 | | Debt Encumbrance - Released | | $2.75 | -------- |
| CAA | 8/21/2007 12:10:26 AM | GCAAD064    2091 | | Initial PLRA Pymt | ($14.76) | | $137.99 |
| CAA | 8/20/2007 6:12:05 PM | 33323107 | | Western Union | $150.00 | | $152.75 |
| CAA | 8/20/2007 6:12:05 PM | GCAAD064 - 1105 | | Debt Encumbrance | | ($12.01) | -------- |
| CAA | 8/20/2007 6:12:05 PM | GCAAD064 - 1106 | | Debt Encumbrance | | ($30.00) | -------- |
| CAA | 8/13/2007 1:47:40 PM | GCAAD064 - 1087 | | Debt Encumbrance | | ($2.75) | -------- |
| CAA | 8/13/2007 1:46:01 PM | GCAAD063 - 1086 | | Debt Eneumbrance - Released | | $2.75 | -------- |
| CAA | 8/13/2007 1:43:04 PM | GCAAD063 - 1086 | | Debt Encumbrance | | ($2.75) | -------- |
| CAA | 8/8/2007 5:37:27 PM | 39 | | Sales | ($57.25) | | $2.75 |
| CAA | 7/30/2007 5:11:29 PM | 33321607 | | Western Union | $60.00 | | $60.00 |
| CAA | 7/11/2007 2:43:51 PM | 51 | | Sales | ($245.00) | | $0.00 |
| CAA | 6/29/2007 5:30:18 PM | ITS0629 | | Phone Withdrawal | ($5.00) | | $245.00 |
| CAA | 6/28/2007 3:08:02 PM | 33319407 | | Western Union | $250.00 | | $250.00 |
| CAA | 4/11/2007 3:33:51 AM | TX041107 | | Transfer - In from TRUFACS | $0.00 | | $0.00 |

I

**Total Transactions: 48**

Totals: $10.00    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| **Totals:** | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $835.00 | $825.00 | $34.30 | $75.65 | $14.60 | N/A | N/A |

Gbeke Michael Awala (82074-054)
Canaan USP
PO BOX 300
WAYMART PA 18472-0800

December 14, 2007

**Appeal Number: 07-15035-G**
Case Style: In Re: Gbeke Michael Awala
District Court Number: 06-21014 CV-AJ ()

TO:   Gbeke Michael Awala (82074-054)

CC:   Clarence Maddox

CC:   Anne R. Schultz

CC:   R. Alexander Acosta

CC:   Administrative File