```
              FORM TO BE USED BY A PRISONER FILING A
              42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
                 IN THE UNITED STATES DISTRICT COURT
              FOR THE ******* DISTRICT OF DELAWARE
```

I. CAPTION

GBEKE MICHAEL AWALA,
_____
(Enter the full name of the plaintiff or
plaintiffs)
                    v.

11TH CIRCUIT JUDGE ROSEMARY BARKETT,
_____
11TH CIRCUIT JUDGE SUSAN H. BLACK,
_____
DISTRICT JUDGE ADELBATO JORDAN,
_____
(Enter the full name of the defendant or
defendants)

and JOHN G. ROBERTS JR, Chief Justice, U.S.
and JUSTICE QUINCE, FLORIDA SUPREME COURT
and PAUL D. CLEMENT, Solicitor General.
and JOSEPH FARNAN, DISTRICT JUDGE
and SUE L. ROBINSON, CHIEF JUDGE
and ANTHONY J. SCIRICA, Chief Judge
and MICHAEL B. MUKASEY, Attorney General
and CIRCUIT JUDGE KENT A. JORDAN
and FREDERICK MOTZ, DISTRICT JUDGE....
                                    **Defendants**

II. PARTIES

a. Plaintiff
                         GBEKE MICHAEL AWALA
   Full name: _____

   Prison identification number: __82074-054__

   Place of present confinement: __U.S. P. Canaan__

   Address: __P.O. Box 300, Waymart, PA 18472__

   Place of confinement at time of incidents or conditions alleged in complaint, including address:
   __SAME AS ABOVE__

FILED
DEC 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP Scanned
IFP

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

   1. Full name including title: __ROSEMARY BARKETT, 11TH CIRCUIT JUDGE__

      Place of employment and section or unit: __U.S. COURT OF APPEALS FOR 11TH CIRCUIT__

   2. Full name including title: __SUSAN H. BLACK, 11TH CIRCUIT JUDGE__

      Place of employment and section or unit: __U.S. COURT OF APPEALS FOR 11TH CIRCUIT__

   3. Full name including title: __ADELBATO JORDAN, DISTRICT JUDGE__

      Place of employment and section or unit: __SOUTHERN DISTRICT OF FLORIDA__

   4. Full name including title: __JOSEPH J. FARNAN, DISTRICT JUDGE__

      Place of employment and section or unit: __DISTRICT OF DELAWARE__ et al.

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

## III. PREVIOUS LAWSUITS

Instructions:

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

Parties to your previous lawsuit:

Plaintiffs    GBEKE MICHAEL AWALA

Defendants   MICHAEL B. MUKASEY ATTORNEY GENERAL....

Issues: Repugnant conducts for mocking, scourging, beating, and torture of the Plaintiff Gbeke M. Awala, over exercise of clear Constitutional rights of Citizens by birth in this Country....

Court: if federal, which district?   DISTRICT OF MARYLAND....

if state, which county?   MARYLAND

Docket number: JFM-07-3231       Date filed: November 28, 2007.

Name of presiding judge:   FREDERICK MOTZ

Disposition: (check correct answer(s)); Date:   DECEMBER 12, 2007

Dismissed  XX   Reason?   28 U.S.C. Sec. 1915(g).....

Judgment ___  In whose favor?   MICHAEL B. MUKASEY et al...

Pending ___   Current status?   _____

Other ___ Explain   _____

Appeal filed?  X   Current status?   Pending...

Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

## IV. ADMINISTRATIVE REMEDIES

Instructions:

Provide the information requested below if there is an administrative procedure to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

V. STATEMENT OF CLAIM

Instructions:

State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.

Statement of claim:

The above mentioned defendants failed to execute the Office of the Judicial Functions, brought disrepute into such office, failed on doing such to the best of their ability, to preserve, protect, and defend the Constitution of the United States as applicable to the Plaintiff, has failed without lawful cause to directly resolve the U.S. Documents stolen by Agents. They are jointly oppressive in the direct appeal, manifest injury at the hands of U.S. Court of Appeals for the Third Circuit, cause unnecessary delay since December 3, 6, 2007, on a pattern of deceit as to merit panel. Found not in congruence with IOP(3rd Cir)(2.1). To the great prejudice of the cause of law, plaintiff was deprived his right to obtain his birth certificate.

They have acted in a manner contrary to trust as Judges and Justices and subversive of constitutional government, they must be impeached.

VI. RELIEF

Instruction: Briefly state exactly what you want the Court to do for you.

Relief sought:

In Zechariah 5:3 (King James Version). Held that "This is the curse that goes out over the face of the whole earth: every THIEF" shall be expelled, according to this side of the scroll and every PERJURER shall be expelled according to the side of it." In this instant case, for perjury, lies, and stealing of Florida Birth Documents. They must be expelled. Amen. Compensatory, punitive and general damages $7Billion in U.S. Currencies....

VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

12/28/07
DATE

_____
SIGNATURE OF PLAINTIFF(S)

Page 5

KE MICHAEL AWALA
82074-054
. P. Canaan
. Box 300
mart, PA 18472




Legal Mail:

JOSEPH J. FARNAN
DISTRICT JUDGE
U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 N. King Street, Lockbox 18
Wilmington, DE 18901