IN THE U.S. DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

FILED
MAR 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Gbeke M. Awala
  Plaintiff-Appellant,

v.

11th Circuits Judge Rosemary
Barkett, et al.,

  Defendant-Appellees

Civ. no. 07-848 (GMS).

Appeal no. _____

## NOTICE of APPEAL

Plaintiff, Gbeke M. Awala, I hereby appeals the repugnant order of Judge Sleet, dated February 25, 2008, dismissing petition under 28 USC Sec 1915(e).

For since the Creation of his Invisible attributes seen clearly by Plaintiff, he became futile as the test and his foolish heart profess to be wise, but became fool and rendered a Corruptible Man and in his four footed animal feet and creeping with hardness and impenitent heart he treasured up the wrath found in the Creation of God. Accordingly appeal under FRAP 4 is Cognisable.

Submitted under 28 USC 1746.